# EXHIBIT A

# STATE COURT PLEADINGS



**CORPORATION SERVICE COMPANY'**

# Notice of Service of Process

JUT / ALL
Transmittal Number: 5844584
Date Processed: 06/17/2008

**Primary Contact:**   Ms. Donna L Smith
GSI Commerce, Inc.
935 First Avenue
King Of Prussia, PA 19406

**Copy of transmittal only provided to:**   Lynn Carino

| | |
|---|---|
| **Entity:** | GSI Commerce Solutions, Inc.<br>Entity ID Number  2182197 |
| **Entity Served:** | GSI Commerce Solutions, Inc. |
| **Title of Action:** | Mirko Pavlovic vs. GSI Commerce Solutions, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court:** | Bullitt Circuit Court, Kentucky |
| **Case Number:** | 08-CI-775 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 06/16/2008 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney:** | Bryan M Cassis<br>502-736-8100 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

| AOC-105<br>Rev. 1-07    06/10/2008 10:48 am<br>Page 1 of 1    Ver. 1.02<br>Commonwealth of Kentucky<br>Court of Justice  www.courts.ky.gov<br>CR 4.02; CR Official Form 1<br><br>Doc. Code: CI | **CIVIL SUMMONS** | Case No. 08-CI-775<br><br>Court  ☑ Circuit ☐ District<br><br>County  Bullitt |

**PLAINTIFF**

MIRKO PAVLOVIC

3712 Sonoma Lane

Louisville, Kentucky 40219

**VS.**

**DEFENDANT**

GSI COMMERCE SOLUTIONS, INC.

151 Omicron Court

Shepherdsville, Kentucky 40165

**Service of Process Agent for Defendant:**

CSC Lawyers Incorporating Service

421 West Main Street

Frankfort, Kentucky 40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ____6/13____, 2008

By: _____ Clerk

_____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____ .

Served by: _____

_____ Title

CIVIL ACTION NO. 08-CI-775

FILED ATTESTED BULLITT CIRCUIT COURT

2008 JUN PM DIVISION I

BULLITT CIRCUIT CLERK

MIRKO PAVLOVIC
3712 Sonoma Lane
Louisville, Kentucky 40219                                                   PLAINTIFF

v.                                   **COMPLAINT**

GSI COMMERCE SOLUTIONS, INC.                                                 DEFENDANT
150 Omicron Court
Shepherdsville, Kentucky 40165

     SERVE:     REGISTERED AGENT
               CSC-Lawyers Incorporating Service
               421 West Main Street
               Frankfort, Kentucky 40601

NINA DENNIS                                                                  DEFENDANT
150 Omicron Court
Shepherdsville, Kentucky 40165

     SERVE:     NINA DENNIS
               150 Omicron Court
               Shepherdsville, Kentucky 40165

EDDIE CLOSE                                                                  DEFENDANT
150 Omicron Court
Shepherdsville, Kentucky 40165

     SERVE:     EDDIE CLOSE
               150 Omicron Court
               Shepherdsville, Kentucky 40165

## I.    INTRODUCTION

Comes the Plaintiff, Mirko Pavlovic (hereinafter "Pavlovic" or "Plaintiff"), and for his Complaint against the Defendants, GSI Commerce Solutions, Inc. (hereinafter "GSI" or "Defendant"), Nina Dennis (hereinafter "Dennis" or "Defendant") and Eddie Close (hereinafter "Close" or "Defendant"), states as follows:

## II.    PARTIES, JURISDICTION AND VENUE

1.    Plaintiff Pavlovic is an individual residing in Louisville, Kentucky.

2.    Defendant GSI is a corporation doing business in Shepherdsville, Bullitt County, Kentucky.

3.    Defendant Dennis is an individual residing in Kentucky.

4.    Defendant Close is an individual residing in Kentucky.

5.    Venue is proper in Bullitt County, Kentucky, pursuant to Kentucky Revised Statutes ("KRS"), Chapter 454, § 210(4), because the events that give rise to the causes of action in this case occurred in Shepherdsville, Kentucky.

## III.    FACTS

6.    Pavlovic is a former employee of GSI.

7.    Pavlovic is of Bosnian nationality.

8.    Dennis and Close are supervisors of GSI.

9.    Dennis and Close had supervisory and discharge authority over Pavlovic.

10.    While employed by GSI, Dennis and/or Close asked Pavlovic where he was from.

11.    Pavlovic told Dennis and/or Close that he was Bosnian.

12.    Dennis and/or Close told Pavloic "although you do good work, you are not from the United States."

13.    Contemporaneous with these statements, Dennis, Close and GSI terminated Pavlovic's employment.

14.    GSI discharged Pavlovic because of his national origin.

2

## IV.    CLAIMS AND CAUSES OF ACTION

### A.    VIOLATION OF THE KENTUCKY CIVIL RIGHTS ACT

15.    Pavlovic re-alleges all allegations contained in Paragraphs 1 through 14 above as if fully set forth herein.

16.    Pavlovic was discharged because of his national origin in violation of the Kentucky Civil Rights Act, Chapter 344 *et. seq.* (hereinafter "KRS 344").

### B.    PUBLIC POLICY WRONGFUL DISCHARGE

17.    Pavlovic re-alleges all allegations contained in Paragraphs 1 through 16 above as if fully set forth herein.

18.    The circumstances of Pavlovic's separation from employment constitute an actionable wrongful discharge in violation of Kentucky public policy.

### C.    INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

19.    Pavlovic re-alleges all allegations contained in Paragraphs 1 through 18 above as if fully set forth herein.

20.    Defendants' actions constitute the tort of intentional infliction of emotional distress, also known as the tort of outrage, under Kentucky tort law.

## V.    PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that he be awarded the following relief and all other relief to which he may be entitled:

A.    Trial by jury;

B.    Judgment against each of the Defendants, jointly and severally, on all claims asserted herein;

3

C.    Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D.    Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E.    Punitive damages to punish and deter similar future unlawful conduct;

F.    An award of statutory attorney fees, costs and expenses; and

G.    Statutory interest on all damage awards, verdicts or judgments.

THE CASSIS LAW OFFICE

Bryan M. Cassis
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 736-8100 (phone)
(502) 736-8106 (fax)
bryan@cassislaw.com

*Attorney for the Plaintiff*

4

**COMMONWEALTH OF KENTUCKY**
**BULLITT CIRCUIT COURT**
**CIVIL ACTION NO. 08-CI-775**

**MIRKO PAVLOVIC**                                                          **PLAINTIFF**

**v.**

**GSI COMMERCE SOLUTIONS, INC.**
**NINA DENNIS & EDDIE CLOSE**                                              **DEFENDANTS**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on June 26, 2008, pursuant to 28 U.S.C. § 1446(a), Defendant GSI Commerce Solutions, Inc., by counsel, filed a Notice of Removal in the office of the Clerk of the United States District Court for the Western District of Kentucky, Louisville Division, to effect removal of this action to the United States District Court. Accordingly, no further proceedings should be had in this matter in the Bullitt Circuit Court. A copy of the Notice of Removal is attached hereto as Exhibit A.

Respectfully submitted,

C. Laurence Woods III
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Phone: (502) 589-5400
Fax: (502 58101087
E-mail: lwoods@fbtlaw.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that on June 26, 2008, a copy of the foregoing was mailed First Class, postage pre-paid, to:

Bryan M. Cassis
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, KY  40202
(502)736-8100
(502) 736-8106 (facsimile)
bryan@cassislaw.com
Attorney for Plaintiff

_____
Counsel for Defendant

LOULibrary 0106024.0560026 732594v1